IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

FILED
U.S. DISTRICT COURT

2013 APR -8  A 10: 12

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

| | | |
|---|---|---|
| CARL M. COURTNEY, | ) | **DISMISSAL ORDER & MEMORANDUM DECISION** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:13-CV-14 RJS |
| v. | ) | |
| | ) | District Judge Robert Shelby |
| TERRY THOMPSON et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2]  However, Plaintiff has not complied with the Court's January 29, 2013 order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3]

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.  This case is CLOSED.

DATED this 4th day of April, 2013.

BY THE COURT:

_____
JUDGE ROBERT J. SHELBY
United States District Court

-----

[1] *See* 42 U.S.C.S. § 1983 (2013).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).